United States District Court
Southern District of Texas
**ENTERED**
March 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ACLU FOUNDATION OF TEXAS, INC., § § Plaintiff, § VS. § US DEPARTMENT OF HOMELAND SECURITY, *et al*, § § Defendants. § | § § § CIVIL ACTION NO. 4:20-CV-397 § § § § § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the Cross Motions for Summary Judgment (Doc. Nos. 18, 19); Judge Stacy's Memorandum and Recommendation (Doc. No. 28) that the Court grant the Defendant's Motion for Summary Judgment (Doc. No. 18) and deny Plaintiff's Cross Motion for Summary Judgment (Doc. No. 19); and Plaintiff's Objections (Doc. No. 29) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the summary judgment evidence substantiates and supports the withholding of the unredacted search warrants at issue for the various reasons discussed in the Memorandum and Recommendation. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 29) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 28) is **ADOPTED**; Defendants' Motion for Summary Judgment (Doc. No. 18) is **GRANTED**; and Plaintiff's Cross Motion for Summary Judgment (Doc. No. 19 is **DENIED**.

SIGNED at Houston, Texas, this 26th day of March 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE