Case 4:20-cv-00397   Document 33   Filed on 05/06/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ACLU FOUNDATION OF TEXAS, INC., § § Plaintiff, § § vs. § CIVIL ACTION NO. 4:20-CV-00397 § U.S. DEPARTMENT OF HOMELAND § SECURITY and U.S. IMMIGRATION § AND CUSTOMS ENFORCEMENT, § § Defendants. § | |

**FINAL JUDGMENT**

In accordance with the Court's Order signed on March 26, 2021 (Doc. No 30), ACLU Foundation of Texas, Inc.'s complaint (Doc. No. 1) is **DISMISSED**.

Signed at Houston, Texas, this 6th day of May 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE